Ruth Marshall, Formerly Ruth Weaver, etc., et al., Appellants, v. B. F. Goodrich Company, Appellee. Max C. Hepler and Roy C. Voelz, Copartners, Trading as Liberty Drive Garage, Defendants.

Gen. No. 9,991.

Heard in this court at the October term, 1944; opinion filed February 8, 1945; opinion modified and rehearing denied April 30, 1945; released for publication May 1, 1945. Charles W. Hadley and Edwin R. Farrar, for appellants; Perry & Elliott, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.